**FOR THE SIXTH CIRCUIT**
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

LEONARD GREEN
CLERK

PATRICIA J. ELDER
(513) 564-7034
www.ca6.uscourts.gov

Filed: May 16, 2005

Johnny O. Clark
Special Needs Facility
#220554
7575 Cockrill Bend Road
Nashville, TN  37209-1057

     RE: 04-6373
       Clark vs. Waller
       District Court No. 03-02951

Dear Mr. Clark:

    Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Patricia J. Elder
Senior Case Manager

Enclosure

cc: Honorable J. Daniel Breen
    Mr. Robert R. Di Trolio

*10*

No. 04-6373

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JOHNNY O. CLARK,                    )
                                    )        **F I L E D**
        Petitioner-Appellant,       )
                                    )        MAY 1 6 2005
v.                                  )   O R D E R
                                    )        **LEONARD GREEN, Clerk**
ROBERT WALLER, Warden,              )
                                    )
        Respondent-Appellee.        )
                                    )

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
        Deputy Clerk

Before:  MARTIN, Circuit Judge.

Johnny O. Clark, a Tennessee prisoner proceeding pro se, appeals a district court judgment dismissing his petition for a writ of habeas corpus filed under 28 U.S.C. § 2254.  He applies for a certificate of appealability ("COA"), *see* 28 U.S.C. § 2253(c)(1) *and* Fed. R. App. P. 22(b)(1)-(2), and requests leave to proceed *in forma pauperis* ("IFP").

Clark was convicted by a jury of first-degree murder and was sentenced to life in prison.  After exhausting his state direct-appeal and post-conviction remedies, he filed a federal habeas corpus petition, which the district court dismissed.  The court also denied a COA and denied him IFP status because an appeal would not be taken in good faith.

Clark raised three grounds for relief in the district court:  1) ineffective assistance of trial counsel, 2) insufficiency of the evidence, and 3) ineffective assistance of post-conviction counsel.  The court denied all three on the merits.

A COA shall issue "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  If the district court dismissed the habeas petition on the merits, he must show that "reasonable jurists could debate whether" it "should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (internal quotations omitted).

No. 04-6373

- 2 -

Clark meets this standard. Accordingly, the application for a certificate of appealability is granted on all of his issues. Leave to proceed *in forma pauperis* is also granted. The clerk's office shall issue a briefing schedule. This court also sua sponte orders that counsel be appointed to represent Clark.

ENTERED BY ORDER OF THE COURT

*Leonard Green*

Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:03-CV-02951 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

Johnny O. Clark
220554
7575 Cockrill Bend Blvd.
Nashville, TN 37209--105

Honorable J. Breen
US DISTRICT COURT